**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**TIMOTHY BLACK,**

    **Plaintiff,**

**vs.**                                              **CASE NO. 4:07CV26-RH/AK**

**S. M. JACOBS, et al,**

    **Defendants.**

                                     /

**REPORT AND RECOMMENDATION**

Plaintiff, an inmate incarcerated within the Florida Department of Corrections, submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. 1). Plaintiff did not pay the filing fee at the time he submitted the complaint, but filed a motion seeking leave to proceed *in forma pauperis* (doc. 2), which was erroneously granted. (Doc. 9). It has been discovered that Plaintiff is not entitled to proceed IFP in the federal courts because he has already incurred more than three "strikes" under 28 U.S.C. § 1915(g), and was in fact advised of this by this same court, as recently as January 24, 2007. (See Doc. 8 in Case No. 4:07cv09-SPM/WCS).

The Prison Litigation Reform Act of 1995 (PLRA), which was enacted on April 26, 1996, provides that a prisoner may not bring a civil action *in forma pauperis* under 28 U.S.C. § 1915:

> if the prisoner has, on 3 or more occasions, while incarcerated or detained
> in any facility, brought an action or appeal in a court of the United States
> that was dismissed on the grounds that it is frivolous, malicious, or fails to

state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

Plaintiff has had three or more prior prisoner actions dismissed in the Middle District of Florida on the grounds that they were frivolous, malicious, or failed to state a claim: Case Nos. 3:02cv280-HLA; 3:02CV281-HWM; and 3:04CV330-HES. He was also advised by the Middle District that he had accumulated three strikes as recently as September 7, 2006. See 8:06cv1609-SDM-MAP.

The instant complaint alleges deliberate indifference to Plaintiff's serious dental needs regarding a broken tooth. Thus, his allegations do not bring him within the "imminent danger" exception.

Because Plaintiff has had at least three prior dismissals and is not under imminent danger of serious physical injury, the order granting him leave to proceed *in forma pauperis* should be vacated and this action should be dismissed. The dismissal should be without prejudice to him making the same allegations in a complaint for which he pays the full filing fee at the time of filing the complaint.

In light of the foregoing, it is respectfully **RECOMMENDED** that the Order granting Plaintiff's motion to proceed *in forma pauperis*, doc. 9, be **VACATED,** and Plaintiff's complaint, doc. 1, be **DISMISSED without prejudice.**

**IN CHAMBERS** at Gainesville, Florida, this *23rd* day of April, 2007.

*S/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**No. 4:07cv26-RH/AK**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

**No. 4:07cv26-RH/AK**