**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

TIMOTHY BLACK,

        Plaintiff,

v.                                  CASE NO.  4:07cv26-RH/AK

S. M. JACOBS, et al.,

        Defendants.

_____/


## ORDER OF DISMISSAL

      This matter is before the court on the magistrate judge's report and recommendation (document 14), and the objections thereto (document 16).  I have reviewed de novo the issues raised by the objections.

      The basis of the magistrate judge's recommendation for dismissal is the Prison Litigation Reform Act's "three strikes" provision.  Plaintiff asserts one of the dismissals underlying the recommendation was without prejudice and should not count as a strike.  I take judicial notice of the court file in that case (Case No. 3:04-cv330-J-20MMH in the Middle District of Florida), including the order of dismissal.  The case was dismissed at the screening stage for failure to state a

claim.  The dismissal plainly counts as a strike.  A review of court records indicates plaintiff has many other dismissals, including a number in the Middle District of Florida, that also appropriately count as strikes.  *See, e.g.,* Cases No. 3:01-cv-0543-J-20TEM, 3:02-cv-280-J-25TJC, *and* 3:02-cv-281-J-12TJC.  Other claims filed by plaintiff have likewise been dismissed because of plaintiff's earlier accumulation of three strikes.  *See, e.g.*, Cases No. 8:06-cv-1609-T-23MAP *and* 3:02-cv-374-J-20HTS.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The clerk shall enter judgment stating, "This action is DISMISSED without prejudice."  The clerk shall close the file.

SO ORDERED this 29th day of May, 2007.

s/Robert L. Hinkle
Chief United States District Judge